UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    03 CR 0412 (NG)
UNITED STATES OF AMERICA,

            **Plaintiff,**

  -against-                                     **ORDER**

**NUMAN MAFLAHI, a/k/a Rafiq Taleba,**

            **Defendant.**
------------------------------------------------------------X
**GERSHON, United States District Judge:**

By motion sent to the court via Federal Express on July 9, 2005, defendant's counsel requests a second extension of time to file a brief in this matter, and represents that the government consents. The court hereby grants defendant's counsel until July 30, 2005 to serve and file a brief addressing whether the court should order a resentencing of defendant.

Defendant's counsel is again advised that electronic filing is **mandatory** in this district for all civil and criminal cases other than *pro se* cases. Pursuant to E.D.N.Y. Administrative Order 2004-08, unless an exemption is granted by the United States Magistrate Judge assigned to the case, all documents must be filed via the court's electronic case filing ("ECF") system. **Future documents submitted by other means will not be accepted by the court.** Please note, however, that my individual rules require courtesy copies of all documents that are filed to be sent to chambers in hard-copy form.

                                                        **SO ORDERED.**

                                                         /S/
                                                 **NINA GERSHON**
                                               **United States District Judge**

Dated: Brooklyn, New York
       July 21, 2005