PROB 12C
(NYEP-12/2/04)

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Numan Maflahi**     Case Number: **CR-03-412 (NG)**

Name of Sentencing Judicial Officer: **The Honorable Nina Gerhon, Sr. U.S. District Judge**

Date of Original Sentence: **July 9, 2004**

Original Offense: **Making False Statements to a Federal Officer, 18 U.S.C. 1001(a)(2), a Class D Felony**

Original Sentence: **60 Months Imprisonment; 3 Years Supervised Release; $25,000 Fine**

Type of Supervision: **Supervised Release**      Date Supervision Commenced: **November 6, 2008**

Assistant U.S. Attorney: **To Be Assigned**      Defense Attorney: **Hassen Ibn Abdellah**

---

## PETITIONING THE COURT

☐   To issue a warrant.

☒   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1.   New Criminal Conduct-Possession of a Forged Instrument
2.   New Criminal Conduct-Residential Mortgage Fraud
3.   Failure to Answer Truthfully All Inquiries by the Probation Officer
4.   Failure to Submit a Truthful and complete written Report
5.   Failure to Provide Full Financial Disclosure to the U.S. Probation Department

Request for Warrant or Summons for  Prob 12C/  Page 2
Offender Under Supervision

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ Revoked
  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*[signature]*

Richard S. Koury
U.S. Probation Officer
Date: November 3, 2011

Approved by:

*[signature]*

Robert E. Cardinal
Supervising U.S. Probation Officer

THE COURT ORDERS:

☒ The Issuance of a Summons.
☐ The Issuance of a Warrant.
☐ Other

s/NG

_____
Signature of Judicial Officer

11-4-11
_____
Date