Date: 1/20/12

Ahmad Maflahi

To: Judge Nina Gershon

Your Honor,

I am writing this letter on behalf of my mother and nine siblings to appeal to your compassion and seek leniency in my Dad Numan Maflahi's Court Hearing.

Because of my Dad's case our lives have been in turmoil for the past ten years or so; and our entire family has suffered tremendously. Just the last couple of years our lives have improved having our Dad back.

We love our father and when he is around life is much easier. He helps us with our school work a lot which resulted in at least a couple of my siblings grades improving by 30 to 40%. Every evening he spends at least two hours going through school work with every one of us, making sure that we are fully prepared for the next day of school and all homework's are done. My younger siblings are especially attached to him because he spends more time with them; dropping them off and picking them up from school; taking them out on weekends, teaching them how to ride a bike etc. If my Dad goes away they will be devastated.

I am going to be graduated from high school this year and it would be my hope and I pray that I would be able to have my Dad attend my graduation ceremony.

My Mother doesn't speak much English and she doesn't drive. Without my Dad she can't even go grocery shopping, which is a task for a big family like ours, or take us to doctor's appointments.

My Dad is also the only provider for the family; without him there will be no income and we may be forced to leave the country which none of us want to. I am planning to go to college next year and without my Dad there is no way I could afford that, there will be no financial support at all. I don't know how we will survive.

We know you are a very busy person and I do not want to take too much of your time by writing a long letter. In short, please have mercy on all of us, and please, please, please, be lenient with my father and do not send him to prison again.


God Bless you and your family,


Ahmad Maflahi and family

*[signature: Ahmad Maflahi]*

James Kelley
146 Beach 59th Street #510
Arverne NY 11692

January 21, 2012

To Whom It May Concern:

Please accept this letter as a character reference for Mr. Numan Mafhahi. I have known Numan personally, as well as, professionally for over 14 years.

Numan is a warm and compassionate person who cares deeply for people. One of the most endearing qualities that he displays is his ability to see beyond the flaws of others and instead, concentrate on a person's best qualities.

In his role as a father, I have watched him mentor, coach, love, counsel and guide his children with mildness, empathy, and unwavering loyalty. However, he has never compromised his firm beliefs in what is right and just. These qualities are rare and hard to find in most people today.

If you have any questions, please do not hesitate to contact me at 646-529-2240.

Sincerely,
*[signature: James Kelley]*

Saifudiyn Davis
180 Bethel Loop #3E
Brooklyn NY 11239

January 19, 2012

Re: Numan Maflahi

To Whom It May Concern,

    I write this letter on behalf of my good friend, Numan Maflahi. I have known Numan for over 13 years. In that time, Numan has been a dependable friend, a devoted husband and a dedicated father. I have witnessed firsthand the positive impact his presence has on his family. His children are respectful and studious. It would be a disservice to the structure and health of his family to remove Numan from their daily lives. Numan is an example of the American dream at work. He has taught his family the importance of being productive members of society.

    I implore you to exercise the greatest leniency of the law. As well as, I thank you for your consideration of this matter.

With Respect,

*[signature]*

Saifudiyn Davis